```
 1  CAROL C. LAM                                          FILED
    United States Attorney
 2  SANJAY BHANDARI                                    2007 FEB 13  AM 11: 10
    JASON A. FORGE
 3  PHILLIP L. B. HALPERN                              CLERK US DISTRICT COURT
    Assistant U.S. Attorneys                         SOUTHERN DISTRICT OF CALIFORNIA
 4  California State Bar No. 181920/181542/133370
    Federal Office Building                           BY_____DEPUTY
 5  880 Front Street, Room 6293
    San Diego, California 92101-8893
 6  Telephone: (619) 557-7042/7463/5165

 7  Attorneys for Plaintiff
    United States of America
 8
                    UNITED STATES DISTRICT COURT
 9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                                                    '07 CR 0330 LAB
11  UNITED STATES OF AMERICA,           )
                                        )
12              Plaintiff,              )   Case No. _____
            v.                          )
13                                      )
    BRENT ROGER WILKES (1), and         )
14  JOHN THOMAS MICHAEL (2),            )
                                        )
15              Defendants.             )
                                        )
16  _____  )
                                        )            '07 CR 0329 LAB
17  UNITED STATES OF AMERICA,           )   Case No. _____
                                        )
18              Plaintiff,              )
            v.                          )
19                                      )
    KYLE DUSTIN FOGGO (1),              )
20       aka "Dusty" Foggo, and         )   NOTICE OF RELATED CASES
    BRENT ROGER WILKES (2),             )
21                                      )
                Defendants.             )
22                                      )
                                        )
23  _____  )

24      TO THE CLERK OF THE COURT:

25          Pursuant to Local Criminal Rule 57.2(c), the United States of America hereby provides notice

26  that both of the above-entitled cases are related to a prior case before the Honorable Larry A. Burns, that

27  is, *United States v. Randall Harold Cunningham*, Criminal Case No. 05CR2137-LAB, as all three cases

28
```

share common parties, events, facts, and legal questions, and will have significantly overlapping witnesses and criminal discovery.

DATED:   February 13, 2007

Respectfully submitted,

CAROL C. LAM
United States Attorney

SANJAY BHANDARI
Assistant U.S. Attorney

JASON A. FORGE
Assistant U.S. Attorney

PHILLIP L.B. HALPERN
Assistant U.S. Attorney
Attorneys for Plaintiff United States of America
Email:  sanjay.bhandari@usdoj.gov,
jason.forge@usdoj.gov, phillip.halpern@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>    v.<br><br>BRENT ROGER WILKES (1), and<br>JOHN THOMAS MICHAEL (2),<br><br>         Defendants. | Case No. '07 CR 0330 LAB |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>    v.<br><br>KYLE DUSTIN FOGGO (1),<br>    aka "Dusty" Foggo, and<br>BRENT ROGER WILKES (2),<br><br>         Defendants. | Case No. '07 CR 0329 LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Marla Negrete, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the NOTICE OF RELATED CASES on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    NONE

    I hereby certify that I shall cause to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    1.    Mark Geragos (Counsel for Defendant Wilkes)
           Geragos & Geragos, PLC
           350 S. Grand Avenue, 39th Floor
           Los Angeles, CA 90071-3480

    2.    Nancy Luque (Counsel for Defendant Wilkes)
           DLA Piper Rudnick Gray Cary US LLP
           1200 Nineteenth Street, N.W., Suite 700
           Washington, DC 20036

3. David Pitofsky (Counsel for Defendant Michael)
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

4. Mark J. MacDougall (Counsel for Defendant Foggo)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2007.

*Marla Jo Negrete*

MARLA NEGRETE