**ORIGINAL**

1  CAROL C. LAM
   United States Attorney
2  SANJAY BHANDARI
   JASON A. FORGE
3  PHILLIP L. B. HALPERN
   Assistant U.S. Attorneys
4  California State Bar No. 181920/181542/133370
   Federal Office Building
5  880 Front Street, Room 6293
   San Diego, California 92101-8893
6  Telephone: (619) 557-7042/7463/5165

7  Attorneys for Plaintiff
   United States of America



FILED
FEB 1 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR0329-LAB |
| Plaintiff, | GOVERNMENT'S MOTION TO APPOINT COURT SECURITY OFFICER UNDER CLASSIFIED INFORMATION PROCEDURES ACT |
| v. | |
| KYLE DUSTIN FOGGO (1), aka "Dusty" Foggo, and BRENT ROGER WILKES (2), | Date: TBD (if necessary)<br>Time: TBD (if necessary)<br>Courtroom: Number 9 (2nd Floor)<br>Judge: Honorable Larry A. Burns |
| Defendants. | |

Plaintiff the United States of America, by its counsel Carol C. Lam, United States Attorney, and Sanjay Bhandari, Jason A. Forge, and Phillip L.B. Halpern, Assistant U.S. Attorneys, hereby moves this Court to appoint a Court Security Officer as a preliminary procedural step under the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, §§ 1-16.

I

INTRODUCTION

On February 13, 2007, a federal grand jury sitting in the Southern District of California returned an indictment charging defendants Kyle Dustin Foggo (aka "Dusty" Foggo) and Brent Roger Wilkes with one count of conspiracy in violation of 18 U.S.C. § 371, seven counts of honest services wire fraud in violation of 18 U.S.C. §§ 1343 and 1346, and three counts of money laundering in violation of 18 U.S.C. § 1957. The Indictment alleges that defendant Foggo violated his duty of honest services to the United States and its citizens by using his high-ranking positions with the Central Intelligence Agency

("CIA") to steer CIA contract funds to defendant Wilkes. Accordingly, this case will present issues under CIPA.

II

ARGUMENT

The United States intends to file papers with the Court within one week providing an overview of the facts underlying this investigation and the procedural issues presented by the existence of classified information that is related to the criminal conduct. As a preliminary matter, though, the government asks that the Court appoint a Court Security Officer to assist the Court pursuant to paragraph 2 of the Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information, reprinted in 18 U.S.C. App. 3, § 9 note.

Under paragraph 2 of the Security Procedures, the Department of Justice "shall recommend to the court persons qualified to serve as court security officer." The government recommends James P. Londergan as the Court Security Officer, and Michael Macisso and Christine Gunning as alternative Court Security Officers. All three are experienced court security officers who have been cleared for the level and category of classified information that will be involved in this case.

With the Court's concurrence, the government will ask each of these individuals to contact the Court to discuss their possible appointment as Court Security Officer and/or Alternative Court Security Officer in this case.

DATED: February 14, 2007

Respectfully submitted,

CAROL C. LAM
United States Attorney

SANJAY BHANDARI
JASON A. FORGE
PHILLIP L. B. HALPERN
Assistant U.S. Attorneys

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>    v.<br><br>KYLE DUSTIN FOGGO (1),<br>    aka "Dusty" Foggo, and<br>BRENT ROGER WILKES (2),<br><br>           Defendants. | Case No. 07CR0329-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Marla Negrete, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the GOVERNMENT'S MOTION TO APPOINT COURT SECURITY OFFICER UNDER CLASSIFIED INFORMATION PROCEDURES ACT on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    NONE

    I hereby certify that I shall cause to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    1.    Mark Geragos (Counsel for Defendant Wilkes)
           Geragos & Geragos, PLC
           350 S. Grand Avenue, 39th Floor
           Los Angeles, CA 90071-3480

    2.    Nancy Luque (Counsel for Defendant Wilkes)
           DLA Piper Rudnick Gray Cary US LLP
           1200 Nineteenth Street, N.W., Suite 700
           Washington, DC 20036

    3.    Mark J. MacDougall (Counsel for Defendant Foggo)
           Akin Gump Strauss Hauer & Feld LLP
           1333 New Hampshire Avenue, N.W.
           Washington, DC  20036-1564

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2007.

                                                            MARLA NEGRETE