CAROL C. LAM
United States Attorney
SANJAY BHANDARI
California State Bar No. 181920
JASON A. FORGE
California State Bar No. 181542
PHILLIP L. B. HALPERN
California State Bar No. 133370
Assistant U.S. Attorneys

Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7042/7463/5165

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR0329-LAB |
| Plaintiff, | JOINT MOTION TO APPOINT COURT SECURITY OFFICER, PERMITTING DISCLOSURE OF SEARCH WARRANT AND GRAND JURY MATERIAL, AND PROTECTIVE ORDER |
| v. | |
| KYLE DUSTIN FOGGO (1), aka "Dusty" Foggo, and BRENT ROGER WILKES (2), | |
| | Judge:    Honorable Larry A. Burns |
| Defendants. | |

The United States of America, by and through its counsel, Carol C. Lam, United States Attorney, Sanjay Bhandari, Jason A. Forge, and Phillip L. B. Halpern, Assistant United States Attorneys, defendant Kyle D. Foggo, by and through his counsel, Mark MacDougall, and defendant Brent R. Wilkes, by and through his counsel, Mark Geragos, jointly move this Court for an Order appointing a Court Security Officer, permitting disclosure of search warrant and grand jury information, and for a protective order.

This Motion is based upon the provisions of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, §§ 1-16; Federal Rules of Criminal Procedure ("Rules") 6(e)(2)(B) and

1  6(3)(E)(i)pertaining to disclosure of grand jury materials; Rule 16(d)(1) pertaining to regulation of
2  criminal discovery; and General Order No. 514 of the United States District Court for the Southern
3  District of California ("General Order No. 514") pertaining to privacy matters.

4  DATED: February 15, 2007                           Respectfully Submitted,
5
6                                                    CAROL C. LAM
                                                     United States Attorney
7
8                                                    */s/ Phillip L.B. Halpern*
                                                     SANJAY BHANDARI
9                                                    JASON A. FORGE
                                                     PHILLIP L. B. HALPERN
10                                                   Assistant U.S. Attorneys

11

12                                                   */s/ Mark MacDougall*
                                                     MARK MACDOUGALL
13                                                   (Counsel for Defendant Foggo)

14

15                                                   */s/ Mark Geragos*
                                                     MARK GERAGOS
16                                                   (Counsel for Defendant Wilkes)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>KYLE DUSTIN FOGGO (1),<br>　　aka "Dusty" Foggo, and<br>BRENT ROGER WILKES (2),<br>　　　　　　Defendants. | Case No.  07CR0329-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, Phillip L.B. Halpern, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of the JOINT MOTION TO APPOINT COURT SECURITY OFFICER, PERMITTING DISCLOSURE OF SEARCH WARRANT AND GRAND JURY MATERIAL, AND PROTECTIVE ORDER on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　1.　　Mark Geragos (Counsel for Defendant Wilkes)
　　　　　　Geragos & Geragos, PLC
　　　　　　350 S. Grand Avenue, 39th Floor
　　　　　　Los Angeles, CA 90071-3480

　　　2.　　Andrew Jared Dober (Counsel for Defendant Foggo)
　　　　　　Akin Gump Strauss Hauer & Feld LLP
　　　　　　1333 New Hampshire Avenue, N.W.
　　　　　　Washington, DC  20036-1564

　　　I hereby certify that I shall cause to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　　　　NONE

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on February 15, 2007.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Phillip L.B. Halpern*
　　　　　　　　　　　　　　　　　　　　　　　PHILLIP L.B. HALPERN