```
 1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
 2
             HONORABLE LARRY ALAN BURNS, JUDGE PRESIDING
 3

 4   UNITED STATES OF AMERICA,      )
                                    )
 5              PLAINTIFF,          )   CASE NO. 07CR00329-LAB
                                    )
 6        VS.                       )
                                    )   SAN DIEGO, CALIFORNIA
 7                                  )   AUGUST 13, 2007
     BRENT ROGER WILKES,            )   9:30 A.M.
 8                                  )
                                    )
 9              DEFENDANT.          )
     _____)
10

11                       REPORTER'S TRANSCRIPT

12                  ATTORNEY APPOINTMENT HEARING

13

14
     APPEARANCES:
15   FOR THE GOVERNMENT:            KAREN P. HEWITT, U.S. ATTORNEY
                                    BY:  JASON A. FORGE, ESQ.
16                                       VALERIE CHU, ESQ.
                                    ASSISTANT U.S. ATTORNEYS
17                                  880 FRONT STREET
                                    SAN DIEGO, CA. 92101
18

19   FOR DEFENDANT FOGGO:          AKIN GUMP STRAUSS HAUER & FELD
     (TELEPHONIC)                   BY:  ANDREW DOBER, ESQ.
20                                       PAUL BUTLER, ESQ.
                                    1333 NEW HAMPSHIRE AVE., N.W.
21                                  WASHINGTON, DC 20036-1564

22

     FOR DEFENDANT WILKES:         GERAGOS & GERAGOS
23                                  BY:  MARK J. GERAGOS, ESQ.
                                    350 SOUTH GRAND AVENUE, 39TH FL.
24                                  LOS ANGELES, CA. 90071

25
```

```
1    CONTINUED APPEARANCES:

2    FOR DEFENDANT WILKES:        LAW OFFICES OF EUGENE IREDALE
                                 BY: EUGENE IREDALE, ESQ.
3                                105 WEST F STREET, STE.
                                 SAN DIEGO, CA 92101
4

5

6

7
     COURT REPORTER:             EVA OEMICK
8                                OFFICIAL COURT REPORTER
                                 UNITED STATES COURTHOUSE
9                                940 FRONT STREET, STE. 2190
                                 SAN DIEGO, CA 92101
10                               TEL: (619) 615-3103

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com

1    <u>SAN DIEGO, CALIFORNIA - MONDAY, AUGUST 13, 2007 - 9:30 A.M.</u>

2    THE CLERK:  NO. 3, 07CR00329, UNITED STATES OF

3    AMERICA VERSUS BRENT ROGER WILKES FOR STATUS OF APPOINTMENT OF

4    AN ATTORNEY.

5    COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE

6    RECORD.

7    MR. IREDALE:  GOOD MORNING, YOUR HONOR.  GENE

8    IREDALE.  I AM APPEARING FOR MR. WILKES TODAY.

9    THE COURT:  GOOD MORNING.

10   MR. FORGE:  GOOD MORNING, YOUR HONOR.  JASON FORGE

11   AND VALERIE CHU FOR THE UNITED STATES.

12   THE COURT:  GOOD MORNING.

13   LADIES AND GENTLEMEN, I APOLOGIZE FOR STARTING A

14   LITTLE BIT LATE.  MY FAULT.  MY APOLOGY.

15   WHO IS ON THE PHONE?

16   THE CLERK:  COUNSEL, PLEASE STATE YOUR APPEARANCES.

17   MR. GERAGOS:  GOOD MORNING, YOUR HONOR.  MARK

18   GERAGOS.

19   THE COURT:  GOOD MORNING, MR. GERAGOS.

20   MR. BUTLER:  GOOD MORNING, YOUR HONOR.  PAUL BUTLER

21   AND ANDREW DOBER FOR DEFENDANT FOGGO.  AND WE REQUEST THAT

22   MR. FOGGO WAIVE HIS APPEARANCE.

23   THE COURT:  GOOD MORNING.  ANYONE ELSE ON THE

24   TELEPHONE?

25   THIS WAS THE DATE AND TIME, MR. IREDALE, FOR

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com

4

1  MR. WILKES TO ADVISE THE COURT WHETHER HE HAD BEEN SUCCESSFUL

2  IN RETAINING NEW COUNSEL.  ARE YOU NEW COUNSEL FOR MR. WILKES?

3         MR. IREDALE:  MR. WILKES HAS BEEN SEMI-SUCCESSFUL IN

4  THAT HE HAS CONTACTED -- I DON'T MEAN TO SAY ONLY SEMI, BUT

5  I NEED -- MR. WILKES WAS VERY DILIGENT IN TRYING TO GET AHOLD

6  OF ME AND SET UP A MEETING BUT I UNFORTUNATELY, FOR CALENDAR

7  REASONS, WAS UNABLE TO MEET HIM AND SPEND SOME SIGNIFICANT

8  TIME UNTIL FRIDAY OF LAST WEEK.  I THINK THAT WE WILL BE ABLE

9  TO WORK OUT AN ARRANGEMENT WHEREBY I COULD ENTER AN APPEARANCE

10 ON HIS BEHALF, BUT I NEED SOME ADDITIONAL TIME.

11        THE COURT:  HOW MUCH TIME?

12        MR. IREDALE:  I AM WONDERING IF FRIDAY AFTERNOON OF

13 THIS WEEK, EARLY IN THE AFTERNOON WOULD BE CONVENIENT WITH THE

14 COURT?

15        THE COURT:  IS THERE ANY CHANCE YOU CAN MAKE YOUR

16 ARRANGEMENTS BY WEDNESDAY?

17        MR. IREDALE:  THERE IS.

18        THE COURT:  MR. WILKES, WILL THAT WORK?  CAN YOU

19 MEET WITH MR. IREDALE AND IRON OUT ANY DETAILS?

20        MR. IREDALE:  THERE IS ONE OTHER THING, YOUR

21 HONOR -- AND I THINK PERHAPS MR. GERAGOS COULD SPEAK TO IT --

22 AND THAT IS THIS:  I WOULD BE INVOLVED ONLY IN THE SECOND

23 CASE, THE 0329.

24        HOWEVER, I HAVE BEEN INFORMED THAT THERE MAY BE SOME

25 OVERLAP WITH RESPECT TO MATERIALS THAT MAY BE ABLE TO BE USED

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com

1   BY THE DEFENSE THAT IS INVOLVED IN BOTH.  AND I THINK THAT

2   MR. GERAGOS WANTED TO MAKE A PRESENTATION AND AN ARGUMENT TO

3   THE COURT IN THAT REGARD.  AND I ALSO WANTED TO MAKE SURE THAT

4   I AM, GIVEN THE NATURE OF THE CASE, PROPERLY GUIDED IN WHAT IS

5   APPROPRIATE AND NOT APPROPRIATE FOR ME TO DO IN RESPECT TO

6   BOTH CASES.

7           THE COURT:  MR. GERAGOS, YOU HAVE A STATEMENT TO

8   MAKE WITH RESPECT TO PROVIDING THE INFORMATION ON THE WILKES

9   MICHAEL CASE.

10          MR. GERAGOS:  YES, YOUR HONOR, IF I COULD.  I WOULD

11  JOIN MR. IREDALE'S REQUEST.  JUST FROM OUR STANDPOINT OF THE

12  WILKES MICHAEL CASE IS TO PUT IT OVER FOR A COUPLE OF DAYS TO

13  CONTINUE OUR CONVERSATION.

14          AS THE COURT KNOWS, I BELIEVE THERE WAS GREAT

15  DEFENSE BETWEEN THE TWO CASES.  I WOULD LIKE TO CONTINUE TO

16  TALK TO HIM ABOUT THAT.  I GUESS THERE IS A CROSS-OVER IN THE

17  WILKES MICHAEL CASE, BECAUSE I THINK IT IS ESSENTIAL THAT

18  WHOEVER IS HANDLING THE WILKES FOGGO ALSO HAS SOME INVOLVEMENT

19  IN THE WILKES MICHAEL CASE.  AND MR. IREDALE AND I HAD A

20  COUPLE OF CONVERSATIONS.  I HAVE GOT A LOT OF TIME TODAY AND

21  TOMORROW HOPEFULLY TO CONTINUE THE CONVERSATION AND HAVE

22  MR. WILKES FOR REPRESENTATION.

23          THE COURT:  GOOD.

24          MR. FORGE, LET ME REFRESH MY MEMORY.  I DON'T THINK

25  THAT THERE WAS ANY TYPE OF PROTECTIVE ORDER OR ANY OTHER ORDER

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com

6

1    ISSUED BY THE COURT THAT WOULD PREVENT MR. GERAGOS FROM

2    SHARING DISCOVERY WITH RESPECT TO THE WILKES MICHAEL CASE WITH

3    SUCCESSOR COUNSEL ON WILKES FOGGO, IS THERE?

4            MR. FORGE:  THERE SHOULD BE NO PROBLEM WHATSOEVER.

5            THE COURT:  OKAY.

6            MR. GERAGOS:  I WOULD -- WHATEVER DATE IS GOOD FOR

7    THE COURT, I MAKE MYSELF AVAILABLE AS WELL.

8            THE COURT:  WEDNESDAY IS GOOD FOR ME.

9            MR. IREDALE, WHAT ABOUT 1:30 ON WEDNESDAY?

10           MR. IREDALE:  1:30 ON THIS WEDNESDAY, YOUR HONOR,

11   WOULD BE FINE.

12           THE COURT:  WE WILL PUT THIS OVER UNTIL 1:30.

13           NOW, MR. IREDALE, ONE OTHER THING.  IN THE OTHER

14   CASES THAT YOU HANDLED, HAVE YOU HAD OCCASION TO GET A

15   CLEARANCE FROM THE GOVERNMENT, ANY TYPE THE SECRET CLEARANCE?

16           MR. IREDALE:  I HAVE NOT, YOUR HONOR.  THEY HAVE

17   SAID I CAN'T HANDLE TOP SECRET MATERIALS.  WHENEVER I TRIED TO

18   FIND OUT THE NAME OF AN INFORMANT THEY ALSO SAY -- THE ANSWER

19   IS NO.  BUT I HAVE NO IDEOLOGICAL OR MORAL QUALMS ABOUT MAKING

20   THE APPLICATION.

21           MR. FORGE TOLD ME I COULD SMUDGE THE FINGERPRINTS TO

22   AVOID ANY PROBLEMS WITH ANY PAST INDISCRETION, AND I WOULD BE

23   VERY GLAD TO -- OF COURSE, I AM JUST JOKING.  I WILL BE GLAD

24   TO SUBMIT A REQUEST FOR SECURITY CLEARANCE.

25           THE COURT:  WE MAY BE JUMPING THE GUN.  HAVE

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com

7

1    MR. LONDERGAN, WHO IS THE COURT SECURITY OFFICER, CONTACT YOU

2    AND AT LEAST GET THE PAPERWORK STARTED.

3              MR. IREDALE:  ACTUALLY, I WAS GIVEN SOME PAPERWORK,

4    AND I DON'T KNOW WHAT IS REQUIRED, AND I WILL CERTAINLY SPEAK

5    TO --

6              DEFENDANT WILKES:  THAT IS THE PAPER THAT

7    MR. LONDERGAN GAVE ME LAST WEEK.

8              THE COURT:  IF YOU'LL FILL THAT OUT.  THAT'S ONE OF

9    THE MOST IMPORTANT THINGS AT THIS JUNCTURE, BECAUSE THAT

10   PROCESS TAKES A WHILE.  I AM NOT EVEN IN A POSITION TO SET A

11   TRIAL DATE OR HEAR FROM YOU ABOUT THAT.  WELL, MAYBE I COULD

12   SET ONE, BUT IT WOULD BE SET ON THE IDEA THAT YOU'LL BE

13   CLEARED, WHICH I HAVE NO DOUBT ABOUT.  BUT SUFFICE IT TO SAY

14   THAT THE PROCESS TAKES AN INDEFINITE AMOUNT OF TIME, AND THE

15   SOONER YOU CAN GET STARTED ON THAT, THE CLEARER IT WILL BE TO

16   ME WE MIGHT BE ABLE TO TRY THIS CASE THIS YEAR WHICH IS IN

17   EVERYONE'S INTEREST.

18             WEDNESDAY AT 1:30.

19             THANK YOU, MR. GERAGOS, MR. DOBER.

20             ANYTHING ELSE FROM COUNSEL WHO IS APPEARING

21   TELEPHONICALLY?

22             MR. GERAGOS:  NO, THANK YOU, YOUR HONOR.

23             MR. BUTLER:  NO, YOUR HONOR.

24             THE COURT:  SEE YOU 1:30 AT WEDNESDAY.

25             MR. IREDALE:  THANK YOU SO MUCH, YOUR HONOR.

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com

8

1                                --oOo--

2

3

4              I HEREBY CERTIFY THAT THE TESTIMONY

5            ADDUCED IN THE FOREGOING MATTER IS

6            A TRUE RECORD OF SAID PROCEEDINGS.

7

8            S/EVA OEMICK                    9-25-07

9            EVA OEMICK                      DATE
             OFFICIAL COURT REPORTER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPUTER-AIDED TRANSCRIPTION

PDF created with pdfFactory trial version www.pdffactory.com